Dismissed and Memorandum Opinion filed July 22, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00502-CV

____________

 

MAXIM CRANE WORKS, L.P., Appellant

 

V.

 

ERNESTO R. TAMEZ and MARIA TAMEZ, Appellee

 



 

On Appeal from the 10th District Court

Galveston County, Texas

Trial Court Cause No. 06CV1220

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 25, 2010.  On July 2, 2010, appellant
filed a motion to dismiss the appeal because the case has settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed with prejudice.

PER
CURIAM

 

Panel consists of Chief Justice Hedges and Justices Yates
and Boyce.